Prob12B
(7/93)

# United States District Court
## for the District of Massachusetts

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Ellis Santos                                  **Case Number:** 0101 1:16CR10078

**Name of Sentencing Judicial Officer:** Honorable Nathaniel M. Gorton, U.S. District Judge

**Date of Original Sentence:** March 28, 2017

**Original Offense:** Possession with Intent to Distribute and Distribution of Cocaine Base within 1,000 Feet of a Public Housing Development, in violation of 21 U.S.C Sec. 841(a)(1), 21 U.S.C. Sec. 860 and Forfeiture Allegation, in violation of 21 U.S.C. Sec. 853.

**Original Sentence:** 18 months of custody followed by 72 months of supervised release

**Type of Supervision:** Supervised Release                **Date Supervision Commenced:** July 18, 2017

---

## PETITIONING THE COURT

[ ]   To extend the term of supervision for   years, for a total term of   years
[x]   To modify the conditions of supervision as follows:

**The defendant will complete an evaluation at the Boston Community Corrections Center and will abide by the recommendations made by the program in collaboration with the probation department.**

### CAUSE

Mr. Santos failed to report for scheduled drug testing on the following dates: 8/10/17, 9/6/17, 9/8/17, and 9/11/17. On 9/13/17, Mr. Santos failed to appear for a scheduled cognitive behavioral treatment session (interactive journaling) at the Probation Office. On 9/26/17, Mr. Santos provided a urine sample for testing. This sample tested positive for cannabinoids, but he denied use. This sample was confirmed as positive for cannabinoids via GC/MS testing. On 10/12/17, Mr. Santos violated his curfew, which was confirmed via electronic location monitoring. On 10/17/17, this officer proposed the modification indicated above to Mr. Santos. This officer explained the modification and Mr. Santos signed the Waiver of Hearing to Modify Conditions of Supervised Release (Form 49).

This officer believes that the proposed modification is a comprehensive approach to address a variety of issues. The proposed modification addresses the issues noted above through: (a) providing Mr. Santos with a structured and supportive environment; (b) addressing Mr. Santos' cognitions and problem-solving skills; (c) offering structured educational opportunities; and (d) facilitating Mr. Santos' job readiness, employment resource utilization, and employment attainment and maintenance. Moreover, this officer believes that this modification will benefit Mr. Santos while simultaneously improving Mr. Santos' adherence to the conditions of supervised release. The signed Form 49 has been attached for the Court's review.

| Prob 12B | - 2 - | Request for Modifying the Conditions or Terms of Supervision with Consent of the Offender |
|---|---|---|

Reviewed/Approved by:

/s/ Joseph  LaFratta
Joseph  LaFratta
Supervision U.S. Probation Officer

Respectfully submitted,

/s/ Justin  Prophet
by Justin  Prophet
U.S. Probation Officer
Date:            10/17/2017

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

10/27/17
Date

PROB 49
(3/89)

# United States District Court

For the    District of    Massachusetts

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I, <u>Ellis Santos, Dkt No 0101 1:16CR10078-001,</u> have been advised and understand that I do not have to agree to this proposed modification(s). I have been advised and understand that instead of signing this form today, I can consult with an attorney and report back to the Probation Office within 48 hours as to how I would like to proceed.

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant will complete an evaluation at the Boston Community Corrections Center and will abide by the recommendations made by the program in collaboration with the probation department.**

Witness _____ JSPO        Signed _____
(U.S. Probation Officer)                           (Probationer or Supervised Releasee)

10/17/17
Click here to enter a date.
(Date)