Prob12A
(7/93)

# United States District Court
## for the District of Massachusetts
### Report on Offender Under Supervision

**Name of Offender:** Ellis Santos         **Case Number:** 16-CR-10078

**Name of Sentencing Judicial Officer:** Honorable Nathaniel M. Gorton, U.S. District Judge

**Date of Original Sentence:** March 28, 2017

**Original Offense:** Possession with Intent to Distribute and Distribution of Cocaine Base within 1,000 Feet of a Public Housing Development, in violation of 21 U.S.C Sec. 841(a)(1), 21 U.S.C. Sec. 860 and Forfeiture Allegation, in violation of 21 U.S.C. Sec. 853.

**Original Sentence:** 18 months of custody followed by 72 months of supervised release

**1st Revocation Sentence:** 3 months of custody followed by 56 months of supervised release

**2nd Revocation Sentence:** 4 months of custody followed by 36 months of supervised release

**Type of Supervision:** Supervised Release         **Date 1st Supervision Commenced:** 7/18/2017
**Date 2nd Supervision Commenced:** 11/16/2018
**Date 3rd Supervision Commenced:** 10/4/2019

## NON-COMPLIANCE SUMMARY

| Violation Number | Nature of Non-Compliance |
|---|---|
| I | **Violation of Mandatory Condition:** You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>**Violation of Special Condition #1:** Defendant must participate in a program for substance abuse counseling as directed by the Probation Office, which program may include testing, not to exceed 50 drug tests per year to determine whether you have reverted to the use of alcohol or drugs.<br><br>On 10/8/19, Mr. Santos provided a urine sample for testing. This sample tested positive for cannabinoids. Mr. Santos admitted to using cannabinoids.<br><br>On 11/12/19, Mr. Santos provided a urine sample for testing. This sample tested positive for cannabinoids. Mr. Santos admitted to using cannabinoids.<br><br>On 11/25/19, Mr. Santos provided a urine sample for testing. This sample tested positive for cannabinoids.<br><br>On 1/8/20, Mr. Santos provided a urine sample for testing. This sample tested positive for cannabinoids. |

Case 1:16-cr-10078-NMG   Document 133   Filed 06/25/20   Page 2 of 4
Case 1:16-cr-10078-NMG   Document 132   Filed 06/22/20   Page 2 of 4

Prob 12A                                      -2-                          Report on Offender Under Supervision

|  |  |
|---|---|
|  | On 6/18/20, Mr. Santos provided a urine sample for testing. The results of this sample are still pending, although Mr. Santos admitted to using cannabinoids.<br><br>On 10/22/19, 11/8/19, and 11/18/19, Mr. Santos failed to show as required to provide a urine sample. |
| II | **Violation of Standard Condition:** **The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.**<br><br>On January 12, 2020, Boston Police records (FIO#FC20000284) reflect that a vehicle was stopped for traffic violations at Tremont and Rutland Streets. The operator of the vehicle was identified as Spencer Oyeyemi and the passenger was identified as Mr. Santos. Spencer Oyeyemi has multiple convictions for Distribution of Class B.<br><br>This officer confronted Mr. Santos regarding the above interaction. Mr. Santos stated that Mr. Oyeyemi was giving Mr. Santos a ride home from visiting his mother, who resides within the exclusion zone.<br><br>On February 24, 2020, Boston Police records (FIO#200099361) reflect that a vehicle was stopped for traffic violations and the scent of marijuana emanating from the vehicle. The operator of the vehicle was identified as Spencer Oyeyemi and the passengers were identified as Tarrell Lymon and Mr. Santos. Spencer Oyeyemi has multiple convictions for Distribution of Class B.<br><br>This officer confronted Mr. Santos regarding the above interaction. Mr. Santos stated that he was aware that he should not be associating with Mr. Oyeyemi and that following the incident, Mr. Santos has ceased association with Mr. Oyeyemi. |
| III | **Violation of Special Condition #3:** **The defendant shall not enter the area of the Lenox Street Housing Development and specifically within the confines of the streets indicated on the map included in the plea agreement (Exhibit A), without prior authorization from the Probation Office, except for reasons of medical/dental care and other services, reasonable visitation with his children once per week during daytime hours so long as he is in compliance, and the defendant can use the T to travel in and around the exclusion zone but is not permitted to get off the T within the zone.**<br><br>On June 4, 2020, Boston Police records (FIO#FC20003085) officers patrolling the area of 551 Massachusetts Avenue observed Tyler Deloach and Mr. Santos loitering in the same area. 551 Massachusetts Avenue is located within the exclusion map attached to Mr. Santos' J&C. |

Case 1:16-cr-10078-NMG   Document 133   Filed 06/25/20   Page 3 of 4
Case 1:16-cr-10078-NMG   Document 132   Filed 06/22/20   Page 3 of 4

Prob 12A                                -3-                       Report on Offender Under Supervision

| | |
|---|---|
| | On June 8, 2020, Boston Police records (FIO#FC20003140) officers observed Mr. Santos, Tarrell Lymon, Tyler Deloach, and Thomas Martinez hanging out in front of 551 Massachusetts Avenue. 551 Massachusetts Avenue is located within the exclusion map attached to Mr. Santos' J&C. <br><br> On June 13, 2020, Boston Police records (FIO#FC20003256) officers observed Mr. Santos, Rolando Coxon, and James Fitzpatrick hanging out in front of 551 Massachusetts Avenue. 551 Massachusetts Avenue is located within the exclusion map attached to Mr. Santos' J&C. <br><br> Mr. Santos denies being at this location on the above noted dates and stated that he has not entered his exclusion zone since January 2020, when he was identified as a passenger in Spencer Oyeyemi's vehicle. |
| IV | **Violation of Special Condition #4:** **The defendant is prohibited from associating with individuals noted on the list set forth in the plea agreement (Exhibit A), without prior authorization from the Probation Office.** <br><br> On June 4, 2020, Boston Police records (FIO#FC20003085) officers patrolling the area of 551 Massachusetts Avenue observed Tyler Deloach and Mr. Santos hanging in the same area. Tyler Deloach is on active federal supervision and is also noted on the prohibited list of names attached to Mr. Santos' J&C. <br><br> On June 8, 2020, Boston Police records (FIO#FC20003140) officers observed Mr. Santos, Tarrell Lymon, Tyler Deloach, and Thomas Martinez hanging out in front of 551 Massachusetts Avenue. Tyler Deloach is on active federal supervision and is also noted on the prohibited list of names attached to Mr. Santos' J&C. <br><br> On June 13, 2020, Boston Police records (FIO#FC20003256) officers observed Mr. Santos, Rolando Coxon, and James Fitzpatrick hanging out in front of 551 Massachusetts Avenue. Rolando Coxon is noted on the prohibited list of names attached to Mr. Santos' J&C. <br><br> Mr. Santos denies associating with the individuals on the above noted dates and stated that he has not entered his exclusion zone since January 2020, when he was identified as a passenger in Spencer Oyeyemi's vehicle. |

U.S. Probation Officer Action:

Mr. Santos is currently in his third term of supervised release. As Your Honor may recall, Mr. Santos was previously revoked twice for similar incidents of continued marijuana use and association/geographic related violations. Although the above noted non-compliance is similar to previous violations, the Probation Office is hopeful that Mr. Santos will be able to make the appropriate changes in order to regain compliance.

Prob 12A -4- Report on Offender Under Supervision

In February 2020, Mr. Santos began attending individual mental health counselling at Hope House in Boston. The individual counseling sessions are aimed at combating Mr. Santos' anxiety and Post Traumatic Stress Disorder (PTSD) and his subsequent marijuana use, which has become a form of self-medication for him. Unfortunately, due to the COVID-19 pandemic, Mr. Santos' counseling sessions have transitioned to a virtual format. Although this has allowed Mr. Santos to continue his treatment remotely, it has reduced the efficacy due to the remote and depersonalized nature of the sessions. Additionally, Mr. Santos has been unable to connect with any education or vocation-based services due to COVID-19 restrictions.

It is the Probation Offices hope and intent that given additional time to make continued headway with his mental health treatment, Mr. Santos will regain compliance and avoid a potential third revocation. At this time, the Probation Office respectfully requests no action from the Court. This officer will continue to monitor the defendant's overall compliance and will notify the Court of any additional non-compliance. This document serves as a notification of the above noted non-compliance.

Reviewed/Approved by:

/s/ Christopher P. Moriarty
Christopher P. Moriarty
Supervisory U.S. Probation Officer

Respectfully submitted by,

/s/ Andrew McGrath
Andrew McGrath
U.S. Probation Officer
Date: 6/22/2020

*No Response is necessary unless the court directs that additional action be taken as follows:*

[X] Approved
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

6/25/20

Honorable Nathaniel M. Gorton,
U.S. District Judge